# First District Court of Appeal
## State of Florida

_____

No. 1D18-3854
_____

MICHAEL K. LEGGETT,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

July 11, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael K. Leggett, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.